**Charles RATHBUN, Plaintiff—Appellant,**

v.

**Mark JOHNSON; et al., Defendants—Appellees.**

No. 01–17382.

D.C. No. CV–00–06713–OWW.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 2, 2002.*

Decided Dec. 9, 2002.

Before GOODWIN, TROTT, and GRABER, Circuit Judges.

MEMORANDUM **

Charles Rathbun, a California state prisoner, appeals pro se the district court's judgment dismissing his 42 U.S.C. § 1983 action pursuant to 42 U.S.C. § 1997e(a) for failure to exhaust administrative remedies. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Wyatt v. Terhune*, 305 F.3d 1033, 1042 (9th Cir. 2002). We vacate and remand.

Our intervening decision in *Wyatt* dictates that we vacate and remand because it is not clear on the face of the amended complaint and exhibits thereto that Rathbun failed to exhaust. *See id.* at 1044 (holding that failure to exhaust is an affir-

mative defense that must be raised and proved by the defendant).

**VACATED and REMANDED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

